AO 245E    (Rev 8/06) Judgment in a Criminal Case for Organizational Defendants
             Sheet 1

# United States District Court
## Southern District of Texas
### Holding Session in Houston

| | |
|---|---|
| United States of America<br>**V.**<br>**BAKER HUGHES SERVICES INTERNATIONAL, INC.,** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Organizational Defendants) |

☐ See Additional Aliases.

**THE DEFENDANT ORGANIZATION:**

CASE NUMBER: **4:07CR00129-001**

Reid M. Figel
Defendant Organization's Attorney

☒ pleaded guilty to count(s)      1, 2 and 3 on April 26, 2007

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.     _____

☐ was found guilty on count(s)     _____
   after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant organization is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to violate the laws of the United States to wit: foreign corrupt practices act and aiding and abetting books and records violation | 11/30/2003 | 1 |
| 15 U.S.C. § 78dd-2(a)(3) | Foreign Corrupt Practices Act | 11/30/2003 | 2 |

☒ See Additional Counts of Conviction.

The defendant organization is sentenced as provided in pages 2 through 6 of this judgment.

☐ The defendant organization has been found not guilty on count(s) _____

☐ Count(s) _____   ☐ is ☐ are  dismissed on the motion of the   United States.

IT IS ORDERED that the defendant organization shall notify the United States Attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization shall notify the court and United States Attorney of any material change in the organization's economic circumstances.

April 26, 2007
Date of Imposition of Judgment

Signature of Judge

**GRAY H. MILLER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

5/4/07
Date

GW    JAG

AO 245E    (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
             Sheet 1 -- Continued

DEFENDANT ORGANIZATION:   **BAKER HUGHES SERVICES INTERNATIONAL, INC.,**

CASE NUMBER:   **4:07CR00129-001**

# ADDITIONAL COUNTS OF CONVICTION

| <u>**Title & Section**</u> | <u>**Nature of Offense**</u> | **Date Offense** <u>**Concluded**</u> | **Count** <u>**Number(s)**</u> |
|---|---|---|---|
| 15 U.S.C. §§ 78m(b)(2)(A), 78m(b)(5), and 78ff(a) and 18 U.S.C. § 2 | Aiding and abetting books and records violation | 11/30/2003 | 3 |

AO 245E    (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
           Sheet 2 -- Probation

DEFENDANT ORGANIZATION:   **BAKER HUGHES SERVICES INTERNATIONAL, INC.,**

CASE NUMBER:   **4:07CR00129-001**

# PROBATION

The defendant organization is hereby sentenced to probation for a term of 3 years._____.
    This term consists of THREE (3)YEARS as to each of Counts 1, 2 and 3, such terms to run concurrently for a total of THREE (3) YEARS.

☐    See Additional Probation Terms Sheet.

The defendant organization shall not commit another federal, state or local crime.

☐    See Additional Mandatory Conditions Sheet

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant organization pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant organization shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant organization shall also comply with the additional conditions on the attached page (if indicated below).

# STANDARD CONDITIONS OF SUPERVISION

☒    See Special Conditions of Supervision.

1)    within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2)    the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3)    the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4)    the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5)    the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6)    the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees;

7)    the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

AO 245E      (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
             Sheet 2 -- Continued 1 -- Probation

DEFENDANT ORGANIZATION:   **BAKER HUGHES SERVICES INTERNATIONAL, INC.,**

CASE NUMBER:   **4:07CR00129-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant organization must abide by the terms of the plea agreement as set forth to include: creating and implementing a Compliance Code, which at a minimum contains the obligations and provisions described in Exhibit 2 to the plea agreement. This compliance code must be approved by the Department of Justice within 30 days of this judgement, or as previously arranged with the Department of Justice.

The defendant organization is to retain all documents and work papers related to any pending, threatened, or deferred civil, criminal or regulatory litigation or investigation of any federal or state governmental agency of the United States.

The defendant organization shall provide an annual report of its financial status including a copy of its U.S. income tax return to the probation officer, unless the judgement and all criminal monetary penalties imposed by the court are fully satisfied.

AO 245E    (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
           Sheet 3, Part A -- Criminal Monetary Penalties

DEFENDANT ORGANIZATION:   **BAKER HUGHES SERVICES INTERNATIONAL, INC.,**

CASE NUMBER:   **4:07CR00129-001**

# CRIMINAL MONETARY PENALTIES

The defendant organization shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 1,200 | $ 11,000,000 | $ |

A $400 special assessment is ordered as to each of Counts 1, 2 and 3, to run concurrently for a total of $1,200. An $11,000,000 fine is ordered as to each of Counts 1, 2 and 3, to run concurrently for a total of $11,000,000.

☐   See Additional Terms for Criminal Monetary Penalties Sheet.

☐   The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐   The defendant organization shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| | | | |

☐   See Additional Restitution Payees Sheet.

| **TOTALS** | $0.00 | $0.00 | |
|---|---|---|---|

☐   If applicable, restitution amount ordered pursuant to plea agreement   $_____

☒   The defendant organization shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant organization does not have the ability to pay interest, and it is ordered that:

   ☐   the interest requirement is waived for the ☐ fine and/or ☐ restitution.

   ☐   the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245E   (Rev. 8/06) Judgment in a Criminal Case for Organizational Defendants
          Sheet 3, Part B -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT ORGANIZATION:   **BAKER HUGHES SERVICES INTERNATIONAL, INC.,**
CASE NUMBER:   **4:07CR00129-001**

# SCHEDULE OF PAYMENTS

Having assessed the organization's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of __$11,001,200__ due immediately, balance due

    ☐ not later than _____, and/or
    ☒ in accordance with ☐C, ☐ D, and/or ☒ E, below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☒ Special instructions regarding the payment of criminal monetary penalties:
Full criminal monetary payment, due within 5 working days of imposition of sentence was paid in full on April 30, 2007, to the U.S. District Clerk, Attn: Finance, P.O. Box 61010, Houston, TX 77208.

All criminal monetary penalties are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.